ORIGINAL

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

AUG 3 1 2004

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

Cassandra L. Dallas
_____
         Plaintiff

         vs.

A·I·M Security & Charles Moss
_____
         Defendant

1 04·MI·0231

### TITLE VII COMPLAINT

1.   Plaintiff resides at  3930 Memorial College Ave. #15
     Clarkston, GA 30021

2.   Defendant(s) names (s)  A.I.M Security and
     Charles Moss

     Location of principal office(s) of the named defendant(s) _____
     2305 Wall Street
     Suite 230
     Conyers, GA 30012

     Nature of defendant(s) business   Security Company (unarmed)

     Approximate number of individuals employed by defendant(s) _____
     Approximately 25 people

     **\*Note**: This is a form complaint provided by the Court for pro se litigants who
wish to file an employment discrimination lawsuit.  It is not intended to be used for other
kinds of cases.

3.   This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination.  Jurisdiction is specifically conferred on the court by 42 U.S.C. § 2000e-5.  Equitable and other relief are also brought under 42 U.S.C. §e-5(g).

1.   The acts complained of this suit concern:

A.   _____   Failure to employ me.
B.   _____   Termination of my employment.
C.   _____   Failure to promote me.
D.   ___✓_____   Other (Specifiy) _____
     _Sexual harrassment ; decrease of hours_
     _due to filing complaint with company_
     _and EEOC._
     _____

5.   Plaintiff:

A.   _____   presently employed by the defendant.
B.   ___✓_____   not presently employed by the defendant.  The dates of plaintiff's employment were _04/17/2003 to 12/15/2003_. The reasons plaintiff was given for termination of employment is/are:
     (1)   ___✓_____   plaintiff was discharged.
     (2)   _____   plaintiff was laid off.
     (3)   _____   plaintiff left the job voluntarily.

6.   Defendant(s) conduct is discriminatory with respect to the following:

A.   _____   my race
B.   _____   my religion.
C.   ___✓_____   my sex.
D.   _____   my national origin.
E.   ___✓_____   Other (specify) _They did not respond to my_
     _fears of Captain Moss' behavior and_
     _made me feel that I was not to tell_
     _anyone or report the incident._
     _____

7.  The name(s), race, sex and the position or title of the individual(s) who allegedly discriminated against me during the period of my employment with the defendant company is/are:

Supervisor — Captain Charles Moss — white male over 50yrs old.

Owner — Tom Frey — white male

· Mr. Frey told me that the incident could not have occurred. I felt like he did not believe me and that I had become fearful of Captain Charles Moss.

8.  Describe the discriminatory actions or events you are complaining of in this lawsuit. Give factual detail, including names and dates concerning what happened. You do not need to refer to any statutes or cite law.

See attachment #1

_____

_____

_____

_____

_____

_____

_____

9.   The alleged illegal activity took place at _Ellenwood Village_
_Subdivision – Clayton County, Georgia at approximately_
_1800 AM (November, 05/010, 2003)_

10.   A.   _✓_   I have filed a charge with the Equal Employment Opportunity Commission regarding defendant(s). (I have attached a copy of my charge(s) filed with the Equal Employment Opportunity Commission, which are incorporated into this complaint.

      B.   _____   I have not filed a charge.

11.   A.   _✓_   I received a Notice of Right-to-Sue letter from the Equal Employment Opportunity Commission on _July 07, 2004_ (date). (I have attached a copy of the Notice of Right-to-Sue which is incorporated into this complaint.)

      B.   _____   I have not received a Notice of Right-to-Sue letter from the Equal Employment Opportunity Commission.

12.   State what relief you are seeking from the Court. If you are seeking a monetary award (back pay or damages), state the amount you are seeking. If you are seeking injunctive relief (an order by the Court) issued against the defendant(s) summarize what should be in the order.

_See attachment #2_

_____
August 16, 2004
**Date**

_____
Cassandra Dallas
**Signature of Plaintiff**

**Address:** 3930 Memorial

College Ave. #5

Clarkston, GA 30021

**Telephone:** 678 437 7640 (cell)
404 501 9159

# My account of the Sexual Harassment

November 05, 2003                                          1
Time: 1:00AM                    Cassandra Dallas

    I, Cassandra Dallas, was working at
Ellenwood Village. I was sitting at the front of
the site where there were lights. At around 1:00AM
my supervisor arrived. At that time I was on the
cell phone with my friend Kimberly Malcom. I
asked her to hold on because my supervisor,
Captain Moss, had arrived. I put my cell phone
down on the car seat and said hello to Captain
Moss. He told me that I was supposed to be
sitting towards the back of the subdivision, not
at the entrance. I said that there were no
lights back there and he told me to just follow
him and he would show me where I was
supposed to sit. He then began to drive back there.
I picked up my cell phone and told Kimberly
that I didn't know what was going on or
what was about to happen. I asked to her to
stay on the phone and if anything happened to
call the police. I told her that I was going to
hold the phone in my hand so she could hear
what was going on. When I pulled up beside
him he asked me who I was talking to. I
said "Why?". I then said "Here is my paperwork".
He then asked me to get out of the car and

2

bring it to him. I said "Why?" He said
"I told you that I would get you somewhere
that was dark and wooded". I stood by his
car and asked him to just sign my
paperwork. It then began to sprinkle so he
said "Here, come sit over on the passenger's
side while I look over and sign your
paperwork". After saying "NO" many times
and trying to change the subject; I got in
the car knowing that Kimberly would
call the police if anything happened. I
opened the passenger's side door and sat down
with the door still open. He said "Close the door".
I said "Would you just sign my papers?"
He reached over me to shut the door and said
"Come closer to me". When I didn't, he grabbed
my arm and began to touch my chest. He
grabbed my shirt. I pulled away very quickly,
jumped out of the car, and grabbed my
paperwork. His phone rang as I was walking to
my car. My phone was still in my hand
with my friend on the line. I got in my car
and told my friend to call the police. She
asked me what the name of the street was
and I didn't know. Instead of calling the
police she stayed on the phone. I told her

3

to hold on and I rolled my window up a little bit. Captain Moss was on the phone/radio talking to Lt. Shank. When he got off the phone he said "Well I guess I will go now since you are a chicken". He backed up and left. When he got to the entrance of the site he stopped, got out of his car, did something with his pants, got back in his car, and came back to where I was sitting. He said "I thought I would just spend the night with you in your car". Then he backed up and left. I picked my phone back up and Kimberly told me to call the police. I told Kimberly that I was scared and I was going to call my mother on 3-way. I called her and she told me to call the police. I called the police and they charged him with simple battery and simple assault. The case number is

03058017.

# Witness Account of the Sexual Harassment

November 07, 2003        Kimberly Malcom

At approximately 1800 AM on November 06, 2003 I called Cassandra's cell phone to see if she was okay like I usually do before I go to sleep. I asked her if her supervisor had already been by and she say yes. As we were talking she noticed her supervisor's, Captain Moss, driving up. This was unusual for because the supervisor usually does not show up twice in one night. Because of previous sexual-related comments that he had said to her on Halloween and on other occasions, Cassandra asked me to remain on the phone to listen to how he talked to her. When he pulled up to the car she put the phone in the seat where I could hear the conversation without him realizing that someone was on the phone. I heard him tell her that she was not sitting in the correct place and that she should be sitting beside the model home. If she followed him, he would show her where she was supposed to be. When I heard this I hung up the phone and called her back so that he would hear the phone ring. By this time Cassandra had rolled up her window. She said Kim I really don't want to follow him down there because it is really dark. There are no houses around and no lights. She said that she didn't want to follow him but that she feared that she would lose her job if she did not do what her supervisor wanted. She said if you hear me scream, hang up, call 991 and tell them that I am in a subdivision called Ellenwood in Clayton county. I said okay but keep me on the phone. After she followed him she pretended like she was talking to her sister and placed the phone back in

the seat. I heard him say I finally got you in a dark area. He kept asking Cassandra about being a relationship with someone. He also kept insisting that she get into his car. He kept saying Come On, Are you a chicken?, Come On, Get in the car. Everytime he said this Cassandra tried to change the subject by talking about family, other supervisors, his relationship to the owners of the company, his next stops, etc. Cassandra constantly said You better go to your other sites. She also said I don't feel comfortable getting in your car because if another supervisor comes by we will be fired. She said No many times saying that one of the other supervisors may ride by. He constantly said that no supervisors would be coming by and told her which sites they were at. Him asking her to get in his car and give him her paper work to sign and her saying no and making excuses went on for about 10 minutes. Finally Cassandra picked up the cell phone pretending that someone had called. She pretended a fake conversation with her mother as I told her to sit in the car but to not face him, leave one leg outside of the car, and to leave her cardoor open so that she could jump back into it if she needed to. She pretended to hang up the phone and placed it back into the seat. She then told Captain Moss that she would sit in his car long enough for him to sign her paper work and then she would return to her car. I heard her get out of the car because

she took her cell phone with her. She gave him the paperwork and he said shut the door and come closer to me. She said no! The next thing I heard was Cassandra saying No, This isn't right, you can get fired for that shit! He said "Not if you don't tell anyone" I heard the what sounded like a struggle and a door slam. Immediately when the door slammed Captain Moss' phone/radio beeped. It was one of the other supervisors. Cassandra said "see I told you" to him. Cassandra then came back to the phone to tell me that when she wouldn't close his door he reached over her to shut it and grabbed her arm to pull her towards him. When she jumped out of the car she said that he was reaching for her breast. Cassandra was almost in tears. I told her that it would be okay and to calm down. When he stopped talking to the other supervisor on the phone/radio, he told Cassandra to have a good night and to behave. She was scared to death and said bye. Cassandra kept saying Kim I'm scared. She said that the comments and verbal harrassment was bad enough but when he touched her that was the last straw. As we were talking about what had happened she said Kim he stopped at the top of the hill an and that he was backing up. Both of us were scared because we thought that he may have a gun. When he came back he said I thought I would just come spend the night in your car. Cassandra said what. He then said what were you needing. Cassandra said timesheets. He gave her more timesheets, told her to have a good night

like nothing had happened, and left. Cassandra began crying and I told her that she had to call her mom so that someone else would know what happened right after it happened. I was also crying and shaking because I couldn't believe what he did to her. She called her mom at approximately 2:30 A.M. Her mom, Randa Sanchez, insisted that she not go call an officer and file a report. Cassandra left the subdivision, went to the gas station next to the subdivision, and called 911 on a pay phone. I was still on her cell phone. I remained on the phone until the police arrived, while they talked to her, while she filed the report, and until the police said that she could leave. I hung up with Cassandra at approximately 3:30 A.M. after I made sure that she was okay.

This incident is not the first time that Cassandra has talked to me about Captain Moss. She has told me many times that she feels uncomfortable around him because of the way that he talks to her. She has also said that when she works on a night that he will be her supervisor she absolutely dreads going to work. She also confided in me a sexual comment that he made on Halloween night when he supervised her site. She said that he said "Are you gonna treat me or trick me?" Cassandra was very disturbed by this comment and was scared to go to work the next scheduled day.

November 07, 2003                    2:45PM
     I went to speak with the owner (Tom Frey)
and his son Thomas. I informed them of
what happened and Tom told me that he would
handle it. He told me that I didn't have to worry
about Captain Moss coming around me or having
any contact with me. I told him that I had
pressed charges on Captain Moss and ~~he said~~
informing the labor Department about the
incident. He said that I had every right to
but shouldn't because he was going to handle it.
He did say that it was against company
policy to harass anyone but that he would
take care of it.


November 10, 2003
     I called Cathy at the office to get my
schedule for the next week. She said that
I was only on the schedule for one day.
I said that I was not hired to work part time
and she said "I know". She said that I
would have to talk to Sheila but that she was
not at the office. I said that I would just
come up there later. When I went to the office
Kathy said that Sheila was there and that she
had given me more days. I asked to speak with

her. When I spoke to Sheila (Tom's wife) she said that she just looked over my name. I asked her what my new schedule was and if the new sites that she had given me were far away. She said "No". As I was leaving Cathy asked me where Sheila had scheduled me to work at. I told her and she said that those sites were far away. I went back and told Sheila that I told them when I was hired that I could not travel very far (It was a choice upon hire). Sheila said that she would just take me off of the schedule for those sites. Therefore leaving me with one day of work that week.

November 14, 2003

On this date I had four teeth pulled and was in a lot of pain. I did not feel that I would be able to go to work so I informed them of this. I even took an excuse from the dentist to the office. As I was waiting for Cathy to make a copy of the excuse Tom came out to the front and asked me if I was okay. Cathy told him that I had just had four teeth pulled and would not be able to work that night. Tom said "Well, I just had surgery on

my foot and I am at work". I left once
Cathy gave me back my excuse and she told me
that she hoped I felt better. She also told
me to call if I didn't feel that I could work
tomorrow night.

November 15, 2003
        I was still in a lot of pain from having
my teeth pulled. I called Cathy and told her
that I wouldn't be able to work tonight. She
said "okay" and that she would call the supervisors
and let them know. She said to rest and feel better.
Around 4:00 PM Lutenient Floyd called and
asked me how I was feeling. I told him that I
was still in a lot of pain. He said " You are supposed
to work tonight. Are you still going in?" I said
"No" and that I had already called Cathy. He said
"I know, but the person that they called in for
you called out". I said "Well, I'm Sorry".
He said "So, you're not going out there? I need you
to". I said "No. First of all I have been taking
medication all day. Secondly I am in a lot of
pain." He said "Well, I'll just have to find
someone who can work it." I said "Okay! Have
a good night". He just hung up.

Attachment #1

November 17, 2003

I called to get my schedule and Cathy said to hold on. She came back to the phone and said that I was only on the schedule for one day — at Spring Valley. I asked if Tom was in and she said "No" but that she would get in touch with him because this wasn't right. So when we hung up I called Tom Feey and told him what was going on. He said that there must be some mistake. He said that he would let me talk to ~~Shelly~~ Sheila. Sheila said that she would give me some more days and that I needed to call her back at 12:00 PM. When I called her back she started giving me my new schedule. I said "This isn't my availability". She said "That's all I have". I asked ~~him~~ her where these sites were located and she said that they were around the local area. I said "okay, but you have got to work me around my availability because I have another job". She said that she would start because I had already had to tell her that for the last two weeks because she had scheduled me to work on days that I was supposed to be off. I hung up the phone by saying "Thank You".

November 19, 2003
       I called to get directions to Ellenwood.
Cathy gave me the directions and asked me if
I needed anymore. I told her that I also
needed directions to Nature's Point and
Lakeside Allatoona. She said "why do they have
you driving so far?" I asked her where they were
located. She said that one was in Douglasville
and the other was in Canton. I asked to speak
to Sheila and she said that she would be in
at 12:00 PM along with Tom and Thomas.
I told her that I would just come up there
at about that time. When I got there I talked
to Thomas first. I told him that I wasn't
happy with the way that I have been treated
since the Incident with Captain Moss had occurred.
He said "what do you mean?" I said "First of
all no one has come to me and said that
the Incident was handled. Secondly I am
barely put on the schedule and when I
am it either doesn't match my availability
or the sites are way too far (the ones that they
can't get anyone else to work at). He said that
they had a talk with Captain Moss and everything
is fine. I said "No it isn't because the
policy that you gave us states that harassment

will not be tolerated. However, he still works
for your company." Then he said "And about
your schedule. We have hired a lot of new
people and there aren't enough hours. So those are
the sites that were left over. If you aren't able
to go just tell Sheila." I went to talk to Sheila
and told her that my car wasn't reliable to go
that far. She said that they weren't that
far and that I should just go out there this
time. She said that everyone uses the
excuse that their car isn't reliable.
I said that it wasn't everyone and
that I had no reason to lie. I told her that
I have gone to every job site that I have been
asked to go to. I also told her that I feel that
ever since I started I have gone more than out
of my way for this job. She said that she had
a lot of work to do so I left.

November 19, 2004
        I feel that ever since this incident has
occurred I have been discriminated against.
I don't appreciate any the way that my usual
work schedule has been changed to minimal
hours or the rude manner that I have been
talked to. There is a major lack of communication

Attachment #1

because they have not contacted me to
inform me that action has been taken
against Captain moss. I feel that just
because he is a relative to the owners
there hasn't been any punishing action taken.
Therefore, I am taking it into my own hands.

November 20, 2004
     I called the Department of Labor to
find out who I should contact about my
problem. They referred me to the EEOC.

November 24, 2004
     My witness, Kimberly, and I went to
the EEOC.

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 110-2004-00784 |

_____ and EEOC

State or local Agency, if any

| Name (Indicate Mr., Ms., Mrs.)<br>**Miss Cassandra L. Dallas** | Home Phone No. (Incl Area Code)<br>**(770) 385-6349** | Date of Birth<br>**04-04-1981** |
|---|---|---|
| Street Address                    City, State and ZIP Code<br>**95 Meadowview Terrace,  Oxford, GA 30054** | | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name<br>**A.I.M. Security** | No. Employees, Members<br>**101 - 200** | Phone No. (Include Area Code)<br>**(770) 788-1207** |
|---|---|---|
| Street Address                    City, State and ZIP Code<br>**2365 Wall Street,  Suite 230,  Conyers, GA 30012** | | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Street Address                    City, State and ZIP Code | | |

| DISCRIMINATION BASED ON (Check appropriate box(es).) | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| ☐ RACE   ☐ COLOR   ☒ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN<br>☒ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ OTHER (Specify below.) | Earliest          Latest<br>**11-05-2003    11-05-2003**<br>☒ CONTINUING ACTION |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

   I.  On April 17, 2003, I was hired by the above-named employer as a Security Guard.
       On November 5, 2003, I was sexually harassed by Captain Moss.  I reported the harassment to the
       owners.  Since reporting the harassment, I am being treated differently with respect to work
       assignments and communicating with me.

  II.  Mr. Tom Frey (Owner) stated he would talk with Captain Moss and not to worry about any future
       contact with him.  No reason has been given about the work assignments other than my name was
       overlooked.

 III.  I believe that I have been discriminated against and retaliated against because of my sex (female) in
       violation of Title VII of the Civil Rights Act of 1964, as amended.

**RECEIVED**

NOV 2 4 2003

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **Nov 24, 2003**            _Cassandra Dallas_<br>Date                 Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year ) |



EEOC Form 161-A (10/96)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE
### (CONCILIATION FAILURE)

| | |
|---|---|
| To:Ms. Cassandra L. Dallas<br>95 Meadow View Terrace<br>Oxford, Georgia 30054 | From: Equal Employment Opportunity Commission<br>100 Alabama Street, SW<br>Suite 4R30<br>Atlanta, GA 30303 |

[    ]    *On behalf of person(s) aggrieved whose identity is*
*CONFIDENTIAL (29 CFR § 1601.7(a))*

| Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 110-2004-00784 | Carolyn R. Daniel - Investigator | (404) 562 -6843 |

This Notice concludes the EEOC's processing of the above-numbered charge.  The EEOC found reasonable cause to believe that violations of the statute(s) occurred with respect to some or all of the matters alleged in the charge but could not obtain a settlement with the Respondent that would provide relief for you.  In addition, the EEOC has decided that is will not bring suit against the Respondent at this time based on this charge and will close its file in this case.  This does not mean that the EEOC is certifying that the Respondent is in compliance with the law, or that the EEOC will not sue the Respondent later or intervene later in your lawsuit if you decide to sue on your own behalf.

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you.  You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court.  Your lawsuit **must be filed <u>WITHIN 90 DAYS</u> from your receipt of this Notice;** otherwise, your right to sue based on this charge will be lost.  (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Enclosure(s)

BERNICE WILLIAMS-KIMBROUGH
District Director

7/7/04
*(Date Mailed)*

cc:    A.I.M. Security Services, LTD

Attachment #2

Approximate Compensation Expected from
   A.I.M Security & Charles Moss.

~ Missed work:    $2,000.00
      • Harrasment occurred on November
        06, 2003.
      • Last day of work approximately $500
        biweekly and worked approximately 35 hours
        a week at sites that were local to the metro
        Atlanta area.
   After the incident occurred and cl talked to
      the owners of the company about the incident
      cl was only scheduled to work one or two
      days a week at sites that required too much
      travel because they knew that no one else
      wanted to travel to those sites (ex.
      Douglasville, Lake Altoona)
            For approximately seven weeks cl missed
            out on approximately $2,000 of work.

~ Travel time:    $500.00
      cl used approximately a full tank of gas
      when cl had to travel to sites that cl was
      sent home from because they scheduled
      two people for the same site. clt takes
      approximately $30.00 to fill my gas tank.

Travel pay & wear/tear on car = $800.00

~ Pain and Suffering (A.I.M Security &
    Captain Charles Moss):      $5,000.00
    $2,000.00 from the actual act of sexual
        harrasment by Charles Moss
    $3,000.00 from harrasment and discrimination
        from A.I.M Security and its owners

The incident of sexual harrasment that
    occurred on November 06, 2003 permenantly
    scarred me. I had to deal with the emotional
    aftermath of the harrasment, including
    feeling like a victim of sexual violence. Even
    before the incident occurred I had to deal
    with fear when I knew that I had to work
    at a site with Captain Moss assigned as
    my supervisor. After the incident occurred
    I had to deal with the stress of no longer
    having a reliable job or income. I felt
    that I was the one that was blamed when I
    was actually the victim. I felt discriminated
    against by the owners of the company
    because my usual 35 hours a week and
    usual sites were replaced with minimal
    hours and undesirable sites that
    required too much travel. The owner

of the company expressed his concerns about me reporting the incident to the EEOC. He did not want me to tell anyone and said that he would handle the problem. When I felt that the problem was not handled I informed the EEOC of the incident. This is when I felt that the discrimination began. I felt that I was being retaliated against for informing the EEOC. When I did not attend a private meeting that the owner scheduled for him, Captain Moss, and I, the owner became angry and began accusing me (falsely) of not showing up to see scheduled sites. I showed up to every scheduled site but he needed a reason to terminate me. At other times I would show up for a site that I was scheduled to work at and they would have someone else scheduled there and send me home.

Additionally I was also discriminated against by the owners of the company when it was time to recieve my tax forms (Jan/Feb 2004). I did not recieve my tax forms by the January 31st deadline so I called the company to find out why. Mr.

Attachment #2                                                    4

Tom Frey said that the tax forms were sent and I needed to wait two weeks. I waited two weeks and they never came so I called back. He told me that he could not have it reprinted and to wait two more weeks. I called the IRS to explain the situation and they said that the company could difinately obtain another copy of it. I asked my friend to pretend like my mother and call the company. It was not until she got very angry with him untile he finally told her the number to the office that could reprint the forms. My friend told him that I had enough problems with his company and didn't need anymore. He very rudely told her that I was not completely innocent and that I didn't show up to sites when I was scheduled to do so. He was very rude to me. Then when I had someone else get involved, he was rude to them. I recieved my tax forms four weeks late.

~Uniform :   $50.00

When I began the job we were asked to pay

Attachment #2

$50.00 to buy our uniforms. I paid the money and recieved my uniform. When the incident occurred and I "supposedly" did not go to my scheduled site. I was asked to turn in my uniform. I paid for this uniform and should not have had to turn it in.

Total Compensation:

$ 2,000.00
500.00
5,000.00
50.00
$ 7,550.00

$7,550.00
+ court costs